UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RICARDO TOWNSEND, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:18-cv-00235-RLY-MPB |
| ) | |
| J. R. BELL, ) | |
| ) | |
| Respondent. ) | |

**JUDGMENT**

Petitioner Ricardo Townsend's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **GRANTED.**

The Judgment imposed by the United States District Court for the Southern District of Iowa in case number 3:08-cr-69-JAJ-SBJ is **VACATED** subject to resentencing. Petitioner Townsend shall remain in custody pending resentencing or further instructions from the sentencing court.

Date:   11/03/2020

Roger A.G. Sharpe, Clerk of Court

By: _____

Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael C. Keating
LAW OFFICES OF STEVEN K. DEIG, LLC
michael@deiglaw.com

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brian.reitz@usdoj.gov